RECEIVED

# IN THE UNITED STATE DISTICT COURT

LEURA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**WILLIAM D. PAUL**
**Petitioner**

**vs.**

2:06mc3292-WKW

**UNITED STATES**
**Respondent**

## PETITION TO QUASH SUMMONS

**COMES NOW**, the Petitioner, by and through Prose William D. Paul, has Petition the
court to Quash all Summons reason being:

1.     Jurisdiction-The United States district court for which this Petition to Quash
Summons are filed is the district within which the person to summoned resides.

2.     The Names and address of the entities to whom the notices are directed

    a.) Amsouth Bank
       P.O. Box 11007, Birmingham Alabama 35288
    b.) Bern Butler Capilouto and Massey, P.C.
        4137 Carmichael Road, Montgomery, Alabama 36106
    c.) MacNeice Economic Development EIN: 63-1280566,
       500 Arba Street, Montgomery, Alabama 36101
    d.) PDI Ministries
        500 Arba Street, Montgomery, Alabama 36101
    e.) PDI Faith Based Initiative Veterans Repair, Inc. EIN: 30-0159759
       500 Arba Street, Montgomery, Alabama 36101
    f.) PDI Real Estate, Inc. EIN: 63-1278631
       500 Arba Street, Montgomery, Alabama 36101
    g.) Peoples Bank and Trust Company
       Post Office Box 799, Selma, Alabama 36702-0799
    h.) Regions Bank
       Post Office Box 681, Birmingham, Alabama 35201

3.    The above entities records or testimony sought by the summons are attachs as ATTACHMENT I.

4.    The legal argument supporting the relief requested are:

a).  Void of Poverty as a Bishop in a religious organization since 1986.

b).  IRS PULICATION 1978 Circular E. Employers Tax Guide is distributed free of charge by the IRS. On page 11, you will find that "Members of religious orders who have taken a vow of poverty performing duties required by the order "are exempt from income tax withholding and form "social security".

c).  Section 1402 (e) exempts "a member of a religious order who has taken a vow of poverty as a member of such order: from taxes under the Federal Insurance Contribution (sic) Act, i.e FICA of social security.

d). IRS Publication 517 (2005) page3.  "Vow of poverty.  If you are a member of a religious order who has taken a vow of poverty, you are exempt from paying Se tax on your earnings for qualified services (defined later) you perform as an agent of your church or its agencies.  For income tax purposes, the earnings are tax free toy. Your earnings are considered the income of the religious order."

e). Bishop William D. Paul is incorporated in the state of Alabama as a corporate sole and member of PDI Ministries a religious order.  SEE ATTACHMENT II for Bishop License and Article of Incorporation.

Dated this 28th day of March, 2006

William D. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:
   a.) Amsouth Bank
       P.O. Box 11007, Birmingham Alabama 35288
   b.) Bern Butler Capilouto and Massey, P.C.
       4137 Carmichael Road, Montgomery, Alabama 36106
   c.) MacNeice Economic Development EIN: 63-1280566,
       500 Arba Street, Montgomery, Alabama 36101
   d.) PDI Ministries
       500 Arba Street, Montgomery, Alabama 36101
   e.) PDI Faith Based Initiative Veterans Repair, Inc. EIN: 30-0159759
       500 Arba Street, Montgomery, Alabama 36101
   f.) PDI Real Estate, Inc. EIN: 63-1278631
       500 Arba Street, Montgomery, Alabama 36101
   g.) Peoples Bank and Trust Company
       Post Office Box 799, Selma, Alabama 36702-0799
   h.) Regions Bank
       Post Office Box 681, Birmingham, Alabama 35201

by depositing a copy of the same in the U.S. Mail, postage prepaid this the 28th day of
March 28, 2006.

Dr. Donna M. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

# Church of the Living God in Christ, Inc.

**Bishop John W. West, Founder**

## CERTIFICATE OF ORDINATION

### BISHOP

THIS IS TO CERTIFY THAT after a satisfactory relation of his Christian experience and proof of his call to the Ministry, we publicly ordain Brother ———— WILLIAM D. PAUL ———— to the Gospel Ministry.

We hereby recommend him in such office to all the Churches of the Living God in Christ, I Thess. 2:4, and to all Christians everywhere, as long as the present unity of the Spirit exists and while he maintains a Godly life, and a Scriptural standard in teaching, on the ———— 17 -th ———— day of ———— AUGUST ————

20 01 ————, by order of the Church of the Living God in Christ, Inc.'s ———— INTERNATIONAL ————

Jurisdiction in the State of ———— U . S . A . ————

_Presiding Bishop_

_General Secretary_

JOHN W. WEST
Presiding Bishop
1st Administrative Assistant
Louise Stewart
1st Assistant Presiding Bishop
Foster Lee Wallace, Jr.
2nd Assistant Presiding Bishop
Curtis Sherrod
3rd Assistant Presiding Bishop
Don Herman Johnson
General Secretary
Louise Stewart

# ARTICLE OF AMENDMENT
## OF
## WILLIAM D. PAUL, MINISTRIES, Inc.

Whereas: The corporation has no member (s). The Board of Directors met on April 3, 2005, 5:00 P.M., with all Directors presents at 500 Arba Street. Montgomery, AL 36104. to vote on the below Resolution 001.

### Resolution 001

Whereas: William D. Paul, Ministries Inc., (William D. Paul and Bishop William D. Paul) hereinafter will be known as:

## A CORPORATE SOLE CORPORATRION
## "Religious Organizations" with the authority to:

1. **Full Government Recognition.** This recognition is without inherent disadvantages of other corporations or entities. The Corporate Sole (Ministry or William D. Paul or Bishop. William D. Paul) is incorporated by law, in order to give it legal capacities and advantages that other corporations are not allowed.

2. **Non-Profit Status.** The Ministry or William D. Paul or Bishop. William D. Paul declares and is recognized by the IRS as a status 501 (c) (3) need not be applied for and granted by the IRS.

3. **Simplified, Self-Structured Management.** Adversarial attorneys have no substantive means to entrap or to enforce laws that would allow courts to pierce the corporate veil the only valid or wanton acts committed against the government or the public.

4. **Self Ruled.** Statutory Law does not mandate or require an "Arms Length" test for management of the Ministry or William D. Paul or Bishop. William D. Paul (unlike Trusts which the state and federal laws require and adhere to arm's length standards as in the Grantor/Settler relationship to the Trust). It is like a Kingship, designed to be self ruled by the creator. It has the authority to "declare" or the "right to rule" as does a king.

5. **Lawful Business.** The Ministry or William D. Paul or Bishop. William D. Paul can be engaged in any lawful occupation, business or profession. All earnings from the lawful exempt from income tax. In fact, no state or federal tax returns are to be filed.

6. **Provides for Needs.** The Ministry or William D. Paul or Bishop. William D. Paul can be responsible to provide for all (i.e. shelter, food, transportation, clothing, medical, etc.). This occurs by first conveying all that you own and all future earnings to The Ministry or William D. Paul or Bishop. William D. Paul. may or may not make a record vow of poverty. This lets the world know that you are now a pauper and own nothing. If choose the vow of poverty, if work outside the Ministry or William D. Paul or Bishop. William D. Paul, you do so on behalf of the Ministry or

1

William D. Paul or Bishop. William D. Paul. None of these earnings are taxable because they are paid directly to the Ministry or William D. Paul or Bishop. William D. Paul. These payments are made without deductions, diminishments or taxes of any kind. It may be awkward to do it with your current employer (even though it would save him taxes). However, it is very easy to set this up with any kind of business.

7.  **Gifts and Donations.** The Ministry or William D. Paul or Bishop. William D. Paul may receive tax-deductible gifts and contributions under section 170 (c) (2). (You may want to see a tax professional for the best way to accomplish this because of the Complexities of the tax code). It is exclusively responsible for how its funds are disbursed. It can gift anything to anyone in any amount, for any purpose, or, for no purpose.

8.  **Property Tax.** As a non-profit institution, real property owned by the Ministry or William D. Paul or Bishop. William D. Paul should become exempt from property tax just as are chapels, temples, mosques, synagogues, youth camps, schools, dormitories, etc. conveying title to the Ministry or William D. Paul or Bishop. William D. Paul does not relieve you of your responsibility to continue meeting your contractual obligations (i.e. mortgage payments) nor forestall foreclosure proceedings.

9.  **Records.** The Ministry or William D. Paul or Bishop. William D. Paul are\is required to maintain meticulous records of dealings. However it is charged with never divulging those records.

10. **Purpose.** The Ministry or William D. Paul or Bishop. William D. Paul is\are typically organized for religious, charitable, educational, scientific, cultural, literary, benevolent, social, fraternal, agricultural, recreational purposes or for prevention of cruelty to children or animals. However, there are other legitimate purposes such as; fire protection, professional, industrial, employee organization, cooperative, service organizations, emergency medical and rescue, or search and rescue. A portion of its funds has to be used for a stated purpose. The balance can be used for operations, marketing, administration, etc. (just like every other charity).

11. **Titles.** As incorporator, you may be the Trustee-in-Trust, Patriarch, President, Bishop, Chief Priest, Minister, Pastor, Administrator, Overseer, etc. While some of these titles sound religious, they are simply titles and should in no way pose any conflicts or compete in any way with your church or religion.

**The meeting was adjourned at 6:00 P.M. with all Directors voting in favor of and none against.**

Done on 4/6/2005

William D. Paul
**Chairmen of the Board**
**500 Arba Street**
**Montgomery, AL 36104**

STATE OF ALABAMA
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON

2005 APR -6 PM 12: 42

REESE McKINNEY, JR.
JUDGE OF PROBATE

2

**ATTACHMENT II**

1. **The First Amendment of the United States Constitution read as follows:**

> ``Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the government for a redress of grievance."

2. ``Neither this court nor any branch of this government will consider the merits or fallacies of a religion. Nor will the court compare the beliefs, dogmas, an practice a newly organized religion with those of any older, more established one. Nor will the court praise or condemn a religion, however, excellent or fanatical or preposterous it may seem. Were the court to do so, it would impinge upon the guarantees of the First Amendment."

*Judge Brattin for the Eastern District of California;*

**Universal Life Church, Inc vs United States, 372 F.
Supp. 700, 776 (ED. Cal (1974)**

3. _Explanation: Under 6033, A church or religious order has complete immunity to disclosure. It is not necessary for you to maintain records of any kind except for your own purpose and reasons._

4. *Section 6033(a) exempts religious organizations from the need for filing returns of any kind.*

5. *Section 6033(a) (2) (A) Mandatory Exceptions Paragraph (1) shall not apply to — (i) churches.*

6. *Section 6033 (a) (2) (A) (1) provides for mandatory exceptions to filing requirements for religious organizations and states that filing requirements shall not apply to ``church", their integrated auxiliaries, and conventions or associations of churches.*

7. *Section 6033 (a)(2) (iii) exempts as well ``the exclusive religious activities of any religious order".*

8. *CODE 6933 (b) (1)- No return shall be required under this subsection from churches, their integrated auxiliaries, conventions or associations of churches. REG. 1, 6043-3- Returns regarding liquidation, termination or substantial Contraction or organization exempt from taxation under 501 (a), (Vol.3 no,325).*

9.  *Reg. 1. 6043-3(b)- Exceptions. The following organizations are not required to file the return described in paragraph (a) of this Section.*

10. *Reg. 1. 6043-3(b)(1)- Churches, their auxiliaries, or conventions or association of churches.*



**PDI** MINISTRIES, INC.
A RELIGIOUS BENEFIT ACTIVITIES

500 ARBA STREET
MONTGOMERY, AL 36104
PHONE: 334-264-9644 FAX: 334-3562103

Date: March 23, 2006

To: Special Agent Larry J. Ellis

From: Bishop William Paul

Re: Quash of Summons ( Summons Unconstitutional)

I have attempted to contact you by phone, without success. Therefore, I am writing this memo (Fax and by Mail) to you to inform you that within the next 20 days as required by law, I will file as the Respondent, a petition with the U.S. District to Quash all Summons and any complaints against Bishop William D. Paul - 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. Reason Vow of poverty since 1984 (IRS. Publication 517 pg.3, Code 6933 (b)(1), Sections 6033, 6033 (a) (2) (iii), 6033 (a) (2) (A) (1) and Section 1402 (e) exempts "a member of a religious order who has taken as Vow of poverty as a member of such order:).

See additional information for your review.

NOTES & COPIES:

1. **The First Amendment of the United States Constitution reads as follows:**
   ``Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the government for a redress of grievance.``

2. The 8th District Court said in a decision in 1974:
   ``Neither this Court, nor any branch of this Government, will consider the merits of fallacies of a religion, nor will the Court compare the beliefs, dogmas, and practices of a newly organized religion with those of an older, more established religion, nor will the Court praise or condemn a religion, however excellent or fanatical or preposterous it may seem. Were the Court to do so, it would impinge upon guarantees of the First Amendment``

   *Universal Life Church vs United States, 372 Supp. 770, 776 (ED> Cal 1974)*

*3.* Any person, including any government official, within the jurisdiction of the U.S. Constitution who acts to prefer one religion to any other in an official capacity, is acting in the violation of the Constitution. At the very least a government employee may be dismissed for violating his oath of office to uphold the Constitution and he or she may be subject to civil and criminal penalties, with Fines up to $10,000 or imprisonment up to five years, or both.

4. We are asking the Court to Quash Dr. Donna M. Paul's Summons as well.

5. Bishopss Degree

ATTACHMENT TO SUMMONS ISSUED TO:  Regions Bank

ALL OPEN AND CLOSED ACCOUNTS

For the years: 2001 - 2005

All records pertaining to the following individuals and business entities whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which these individuals or entities may have a financial interest:  WILLIAM D. PAUL  SSN: 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  ; DONNA S. PAUL  SSN: 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

To include all accounts in which these individuals had signatory authority and/or the right of withdrawal.

These records should include but are not limited to:

SAVINGS ACCOUNT RECORDS:  Including signature cards, ledger cards or records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawals, Forms 1099 issued.

CHECKING ACCOUNT RECORDS:  Including signature cards, bank statements, deposit slips, checks deposited, checks drawn on the account, records pertaining to all debit and credit memos, Forms 1099 issued.

LOAN RECORDS:  Including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

SAFE DEPOSIT BOX RECORDS:  Including contracts, access records, and records of rental fees paid disclosing the date, amount, and method of payment (cash or check).

CERTIFICATES OF DEPOSIT AND MONEY MARKET CERTIFICATES: Including applications, actual instruments(s), records of purchases and redemption's, checks issued on redemption, checks used to purchase certificate, any correspondence and any Forms 1099 issued, records revealing the annual interest paid or accumulated, the dates of payment or date interest is earned, checks issued for interest payments.

U.S. TREASURY NOTES AND BILLS:  All records of the purchase of U.S. Treasury Bills and Notes and/or subsequent sale of such bills or notes, including interest paid, checks used for the purchase or sale of the notes and bills, Forms 1099 issued, checks

issued for interest payments, records of interest paid or accumulated revealing the dates and amount of interest paid or accumulated.

CREDIT CARD RECORDS: Including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back).

PURCHASES OF BANK CHECKS: Purchases of bank checks, cashier, teller, travelers' check records, or money order records including the check register, file copies of the checks or money orders, records revealing the date and source of payment for said checks or money orders.

OTHER RECORDS: Records of certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your bank, savings bond transactions and investment accounts. Such records that disclose the date and amount of the transaction, method (cash or check) and source of payment, instruments and statements of transactions.

All correspondence with the above persons/entities and/or with third parties regarding the above persons/entities. All memoranda, notes, files, or records relating to meetings or conversations concerning the above persons/entities.

RECORD FORMAT: In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in 3 1/2 inch diskettes or compact disks (CDs). ASCII fixed length files are preferred, however, ASCII delimited format is acceptable. A record layout for the data is also requested.



# Summons

In the matter of WILLIAM D. PAUL  SSN: XXX-XX-1214 ;  DONNA S. PAUL  SSN XXX-XX-5056

Internal Revenue Service (Division): Criminal Investigation

Industry/Area (name or number): N/A

Periods: 2001, 2002, 2003, 2004 and 2005

## The Commissioner of Internal Revenue

**To:** Regions Bank

**At:** Post Box 681, Birmingham, AL 35201

You are hereby summoned and required to appear before  Special Agent  Larry J. Ellis
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS-CI,  1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

**Place and time for appearance at** 1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

## IRS

**Department of the Treasury
Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___3/___ day of ___March 2006___ at ___10___ o'clock ___A___ m.
                                        *(year)*

Issued under authority of the Internal Revenue Code this ___8___ day of ___March___ ___2006___.
                                                                              *(year)*

Signature of issuing officer                  Special Agent
                                                                    Title

Signature of approving officer *(if applicable)*    N/A
                                                                    Title

**Part C — to be given to noticee**



# Summons

In the matter of  WILLIAM D. PAUL  SSN: ■■■-1214 ;  DONNA S. PAUL  SSN: ■■■-5056

Internal Revenue Service (Division):  Criminal Investigation

Industry/Area (name or number):  N/A

Periods:  2001, 2002, 2003, 2004 and 2005

## The Commissioner of Internal Revenue

To:  Peoples Bank and Trust Company

At:  Post Box 799,  Selma, AL 36702-0799

You are hereby summoned and required to appear before  Special Agent  Larry J. Ellis
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS-CI,  1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

**Place and time for appearance at**  1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

**IRS**

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the   31   day of  March  2006  at  10   o'clock  A  m.
                                          (year)
Issued under authority of the Internal Revenue Code this  8  day of  March ,  2006 .
                                                                                (year)

_Signature of issuing officer_

Special Agent
                    Title
N/A
                    Title

_Signature of approving officer (if applicable)_

**Part C — to be given to noticee**



# Summons

In the matter of  WILLIAM D. PAUL  SSN: ████1214 ;  DONNA S. PAUL  SSN: ████5056

Internal Revenue Service (Division):  Criminal Investigation

Industry/Area (name or number):  N/A

Periods: 2001, 2002, 2003, 2004 and 2005

## The Commissioner of Internal Revenue

**To:**  Bern Butler Capilouto and Massey, P.C.

**At:**  4137 Carmichael Road, Montgomery, Alabama 36106     Telephone: (334) 244-4100

You are hereby summoned and required to appear before  S/A Larry J. Ellis
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS-CI,  1285 Carmichael Way, Montgomery, AL 36106    (334) 290-4025

**Place and time for appearance at** 1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

## IRS

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___31___ day of ___March 2006___ at ___10___ o'clock ___A___ m.

Issued under authority of the Internal Revenue Code this ___8___ day of ___March___, ___2006___

_____     Special Agent
Signature of issuing officer                    Title

_____     N/A
Signature of approving officer *(if applicable)*          Title

**Part C — to be given to noticee**



# Summons

In the matter of  WILLIAM D. PAUL  SSN: 2__-__-1214 ;  DONNA S. PAUL  SSN: ___-__-5056

Internal Revenue Service (Division): Criminal Investigation

Industry/Area (name or number): N/A

Periods: 2001, 2002, 2003, 2004 and 2005

## The Commissioner of Internal Revenue

**To:** Regions Bank

**At:** Post Box 681, Birmingham, AL 35201

You are hereby summoned and required to appear before  Special Agent  Larry J. Ellis
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS-CI,  1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

**Place and time for appearance at** 1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

# IRS

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the  3 1  day of  March 2006  at  10  o'clock  A  m.
                                    (year)

Issued under authority of the Internal Revenue Code this 8  day of  March , 2006
                                                                          (year)

_____
Signature of issuing officer

_____
Signature of approving officer *(if applicable)*

Special Agent
_____
Title

N/A
_____
Title

**Part C** — to be given to noticee

ATTACHMENT TO SUMMONS ISSUED TO:  Regions Bank

ALL OPEN AND CLOSED ACCOUNTS

For the years: 2001 - 2005

All records pertaining to the following individuals and business entities whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which these individuals or entities may have a financial interest:  WILLIAM D. PAUL  SSN: 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  ; DONNA S. PAUL  SSN: 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

To include all accounts in which these individuals had signatory authority and/or the right of withdrawal.

These records should include but are not limited to:

SAVINGS ACCOUNT RECORDS:  Including signature cards, ledger cards or records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawals, Forms 1099 issued.

CHECKING ACCOUNT RECORDS:  Including signature cards, bank statements, deposit slips, checks deposited, checks drawn on the account, records pertaining to all debit and credit memos, Forms 1099 issued.

LOAN RECORDS:  Including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

SAFE DEPOSIT BOX RECORDS:  Including contracts, access records, and records of rental fees paid disclosing the date, amount, and method of payment (cash or check).

CERTIFICATES OF DEPOSIT AND MONEY MARKET CERTIFICATES: Including applications, actual instruments(s), records of purchases and redemption's, checks issued on redemption, checks used to purchase certificate, any correspondence and any Forms 1099 issued, records revealing the annual interest paid or accumulated, the dates of payment or date interest is earned, checks issued for interest payments.

U.S. TREASURY NOTES AND BILLS:  All records of the purchase of U.S. Treasury Bills and Notes and/or subsequent sale of such bills or notes, including interest paid, checks used for the purchase or sale of the notes and bills, Forms 1099 issued, checks

issued for interest payments, records of interest paid or accumulated revealing the dates and amount of interest paid or accumulated.

CREDIT CARD RECORDS: Including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back).

PURCHASES OF BANK CHECKS: Purchases of bank checks, cashier, teller, travelers' check records, or money order records including the check register, file copies of the checks or money orders, records revealing the date and source of payment for said checks or money orders.

OTHER RECORDS: Records of certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your bank, savings bond transactions and investment accounts. Such records that disclose the date and amount of the transaction, method (cash or check) and source of payment, instruments and statements of transactions.

All correspondence with the above persons/entities and/or with third parties regarding the above persons/entities. All memoranda, notes, files, or records relating to meetings or conversations concerning the above persons/entities.

RECORD FORMAT: In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in 3 1/2 inch diskettes or compact disks (CDs). ASCII fixed length files are preferred, however, ASCII delimited format is acceptable. A record layout for the data is also requested.

ATTACHMENT TO SUMMONS ISSUED TO: Peoples Bank and Trust Company

ALL OPEN AND CLOSED ACCOUNTS

For the years: 2001 - 2005

All records pertaining to the following individuals and business entities whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which these individuals or entities may have a financial interest: WILLIAM D. PAUL  SSN: 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 ; DONNA S. PAUL  SSN: 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

To include all accounts in which these individuals had signatory authority and/or the right of withdrawal.

These records should include but are not limited to:

SAVINGS ACCOUNT RECORDS:  Including signature cards, ledger cards or records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawals, Forms 1099 issued.

CHECKING ACCOUNT RECORDS:  Including signature cards, bank statements, deposit slips, checks deposited, checks drawn on the account, records pertaining to all debit and credit memos, Forms 1099 issued.

LOAN RECORDS:  Including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

SAFE DEPOSIT BOX RECORDS:  Including contracts, access records, and records of rental fees paid disclosing the date, amount, and method of payment (cash or check).

CERTIFICATES OF DEPOSIT AND MONEY MARKET CERTIFICATES: Including applications, actual instruments(s), records of purchases and redemption's, checks issued on redemption, checks used to purchase certificate, any correspondence and any Forms 1099 issued, records revealing the annual interest paid or accumulated, the dates of payment or date interest is earned, checks issued for interest payments.

U.S. TREASURY NOTES AND BILLS:  All records of the purchase of U.S. Treasury Bills and Notes and/or subsequent sale of such bills or notes, including interest paid, checks used for the purchase or sale of the notes and bills, Forms 1099 issued, checks

issued for interest payments, records of interest paid or accumulated revealing the dates and amount of interest paid or accumulated.

CREDIT CARD RECORDS: Including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back).

PURCHASES OF BANK CHECKS: Purchases of bank checks, cashier, teller, travelers' check records, or money order records including the check register, file copies of the checks or money orders, records revealing the date and source of payment for said checks or money orders.

OTHER RECORDS: Records of certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your bank, savings bond transactions and investment accounts. Such records that disclose the date and amount of the transaction, method (cash or check) and source of payment, instruments and statements of transactions.

All correspondence with the above persons/entities and/or with third parties regarding the above persons/entities. All memoranda, notes, files, or records relating to meetings or conversations concerning the above persons/entities.

RECORD FORMAT: In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in 3 1/2 inch diskettes or compact disks (CDs). ASCII fixed length files are preferred, however, ASCII delimited format is acceptable. A record layout for the data is also requested.

ATTACHMENT TO SUMMONS ISSUED TO: PDI Faith Based Initiative Veterans Repair, Inc.; EIN: 30-0159759

FOR THE YEARS: 2001 - 2005

All corporate records and books of account relative to the financial transactions of PDI Faith Based initiative Veterans, Inc.

To include but not limited to:

ALL CORPORATE BOOKKEEPING RECORDS and other financial records including General Ledger, General Journals, all Subsidiary Ledgers and Journals, Gross Receipts and income records, Cash Receipts and Disbursement records and/or Journals, sales and Purchase records and/or Journals, Accounts Receivable and Payable Ledgers and records, Bad Debt records, Cost of Goods Sold records, Loan Receivable and Payable Ledgers, Voucher Register and all sales and expense invoices including all invoices documenting expenses paid by cash (currency ) or bank check (cashier or teller checks) and retained copies of any bank checks (cashier or teller checks.)

Inventory records establishing beginning and ending inventories including inventory sheets, work-papers, and valuation records. Records and work-papers reflecting the purchase, basis and depreciable life of assets. Records and work-papers of sales of corporate assets such records disclosing the dates of purchase and sale, cost and sales price, records establishing or adjusting asset basis.

Corporate Minute Book, Stock Register or other records reflecting ownership of corporate stock. All financial statements, bookkeeper's and/or accountant's workpapers used in the preparation of corporate records or tax returns. Retained copies of all federal and state income, payroll and excise tax returns.

SAVINGS ACCOUNT RECORDS: Including passbooks or bank statements, records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, records reflecting the identity of checks deposited, withdrawal slips, and records disclosing the disposition of withdrawals, Forms 1099, debit and credit memos. Records of any certificates of deposit, money market certificates, U.S. Treasury Notes or Bills purchased.

CHECKING ACCOUNT RECORDS: Including bank statements, deposit slips, records revealing the identity of checks drawn on the account, checks deposited, all debit and credit memos, and Forms 1099 issued.

LOAN RECORDS: Including applications, financial statements, loan collateral, credit and background investigations required, loan agreements, notes or mortgages, settlement sheets, contracts, retained copies of checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash

or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loans correspondence files and internal memoranda relative to these loans.

RECORD FORMAT: In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in 3 1/2 inch diskettes or compact disks (CDs). ASCII fixed length files are preferred, however, ASCII delimited format is acceptable. A record layout for the data is also requested.