IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM D. PAUL,                )<br>                                          )<br>     Plaintiff,                         )<br>                                          )<br>     v.                                  )<br>                                          )<br>UNITED STATES OF AMERICA, )<br>                                          )<br>     Defendant.                     ) | CASE NO. 2:06-MC-03292-<br>WKW-SRW |

## **ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Susan R. Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 7th day of April, 2006.

                               /s/  W. Keith Watkins
                               UNITED STATES DISTRICT JUDGE