IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. PAUL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06mc3292-WKW |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Upon consideration of petitioner's motion to quash (Doc. # 1), filed March 28, 2006, and for good cause, it is

ORDERED that the government shall file a response to the motion on or before April 27, 2006.

The Clerk of the Court is DIRECTED to mail a copy of the motion to quash and a copy of this order to the United States Attorney and to Special Agent Larry J. Ellis, IRS-CI, 1285 Carmichael Way, Montgomery, Alabama 36106.

Done, this 17th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE