RECEIVED

2006 MAY -4 A 11: 12

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# IN THE UNITED STATE DISTRICT COURT

**Bishop William D. Paul**
**Petitioner**

vs.

Civil Action No: 02:06 mc 3292 WKW-SRW

**UNITED STATES**
**Respondent**

## MOTION TO QUASH, MOTION TO DISMISS

**COMES NOW**, the Petitioner, by and through Pro'se Bishop William D. Paul, has Petition the court to Side A Side Motion to Dismiss reason being:

The petition was served upon the appropriate parties, including the United States (Agent Larry J. Ellis, IRS-CI, 1285 Carmichael Way, Montgomery, Alabama) as required by Federal Rule of Civil Procedure 4., by depositing a copy of the same in the U.S. Mail, postage prepaid, on the 28th day of March 2006.

Respectfully submitted this 3rd day of May, 2006.

Bishop William D. Paul Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:

R. Randolph Neeley
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

by depositing a copy of the same in the U.S. Mail, postage prepaid, this 3rd day of May, 2006.

Bishop William D. Paul Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383