RECEIVED

# IN THE UNITED STATE DISTICT COURT

DEBRA P. HACKETT, CLK   JUL 13 2:51 PM
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Bishop William D. Paul**
**Petitioner**

vs.                       Paul v. United States of America (MAG+)
                          CIVIL ACTION NO 2:06mc3292 MHT

**UNITED STATES**
**Respondent**

RE: Larry J. Ellis IRS Agent summons of July 13, 2006
PETITION TO QUASH SUMMONS
CIVIL ACTION NO 2:06mc3293MHT Donna M. Paul v. United States of America
and
CIVIL ACTION NO 2:06mc3292 MHT William D. Paul v. United States of America (MAG+)

**COMES NOW**, the Petitioner, by and through Pro'se William D. Paul has Petitioned the court to Quash all Summons:

On 13th July, 2006 agent of IRS visited Rheumatology Specialist Arthritis and Osteoporosis Center, Inc EIN: 20-0983204 and served the below entities:

1.   The Names and address of the entities to whom the notices are directed

   a.) MacNeice Economic Development EIN: 63-1280566,

   b.) PDI Ministries, Inc

   c.) PDI Faith Based Initiative Veterans Repair, Inc. EIN: 30-0159759

   d.) PDI Real Estate, Inc. EIN: 63-1278631

   e.) Rheumatology Specialist Arthritis and Osteoporosis Center, Inc EIN: 20-0983204

   f.) Rheumatology Specialist of Central Alabama 38-3659982

1

e.) Pro Associates Inc. EIN: 16-1648091

2. The legal argument supporting the relief requested are:

a,) The entities record or testimony sought by the summons issued are **currently in** litigation in the above court and with out a final order, the order is pending.

The cases numbers are: CIVIL ACTION NO Donna M. Paul v. United States of America 2:06mc3293MHT and CIVIL ACTION NO 2:06mc3292 MHT William D. Paul v. United States of America (MAG+)

b.) The organizations below that are summons are religious or do not exist or status of limitation have expired or have the wrong address or have not been served correctly:

*In active*: *MacNeice Economic Development EIN: 63-1280566*, is a 501 (c) 3 tax-exempt organization that was administrate dissolved and do not have a board of directors. The organization do not operate out of 500 Arba Street, Montgomery, Alabama 36101

*Active:* PDI Ministries, Inc. is a religious organization, incorporated in the State of Alabama.

## ARGUMENT 1.
**The First Amendment of the United States Constitution read as follows:**

"*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the government for a redress of grievance.*"

## ARGUMENT 2.
***Universal Life Church, Inc vs United States, 372 F. Supp. 700, 776 (E.D. Cal (1974)***

"*Neither this court nor any branch of this government will consider the merits or fallacies of a religion. Nor will the court compare the beliefs, dogmas, an practice a newly organized religion with those of any older, more established one. Nor will the court praise or condemn a religion, however, excellent or fanatical or preposterous it may seem. Were the court to do so, it would impinge upon the guarantees of the First Amendment.*"

*Judge Brattin for the Eastern District of California;*

2

## IRS POLICIES REGARDING RELIGIOUS ORGANIZATIONS:

1. <u>Explanation: Under 6033, A church or religious order has complete immunity to disclosure. It is not necessary for you to maintain records of any kind except for your own purpose and reasons.</u>

2. Section 6033(a) exempts religious organizations from the need for filing returns of any kind.

3. Section 6033(a) (2) (A) Mandatory Exceptions Paragraph (1) shall not apply to –(i) churches.

4. Section 6033 (a) (2) (A) (1) provides for mandatory exceptions to filing requirements for religious organizations and states that filing requirements shall not apply to ``church'', their integrated auxiliaries, and conventions or associations of churches.

5. Section 6033 (a)(2) (iii) exempts as well ``the exclusive religious activities of any religious order''.

6. CODE 6933 (b) (1)- No return shall be required under this subsection from churches, their integrated auxiliaries, conventions or associations of churches. REG. 1, 6043-3- Returns regarding liquidation, termination or substantial Contraction or organization exempt from taxation under 501 (a), (Vol.3 no,325).

7. Reg. 1. 6043-3(b)- Exceptions. The following organizations are not required to file the return described in paragraph (a) of this Section.

8. Reg. 1. 6043-3(b)(1)- Churches, their auxiliaries, or conventions or association of churches.

**Locations:** 500 Arba Street, Montgomery, Alabama 36101

*In active*: **PDI Faith Based Initiative Veterans Repair, Inc. EIN: 30-0159759**, is a 501 (c) 3 tax-exempt organization and currently without a board of directors. The located is not at 500 Arba Street, Montgomery, Alabama 36101

*Dissolved:* **PDI Real Estate, Inc. EIN: 63-1278631** dissolved nearly four (4) years ago. The located is not at 500 Arba Street, Montgomery, Alabama 36101

*Dissolved:* **Rheumatology Specialist of Central Alabama 38-3659982**
The organization was administrated dissolved three (3) years ago and without a board of directors. The organization was located at 242 Winton Blount loop off of Taylor road in Montgomery, Al. not 500 Arba Street, Montgomery, Alabama 36101.

3

***Dissolved:*** **Pro Associates Inc. EIN: 16-1648091 has never been located at** 500 Arba Street, Montgomery, Alabama 36101. The location 242 Winton Blount Loop in Montgomery, Al. The organization was dissolved nearly three (3) years ago. The organizations do not have a board of director.

Therefore, we are pleading to the court to require **Mr. Larry J. Ellis IRS Agent to stop visiting our medical facility and serving other corporations that are not located in the facility and violating the medical facility federal patient's confidentiality policy and causing undo stress amongst staff and the Dr. Donna M. Paul in providing patient care. Finally, we plead to the court to have Mr. Larry J. Ellis IRS to adhere to court orders and IRS, codes, rules and The First Amendment of the United States Constitution.**

Dated this 13th day of July, 2006

_____
Bishop William D. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

## CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:
    Larry J. Ellis, Officer, Internal Revenue Service
    1285 Carmichael Way, Montgomery, AL 36106

    United State of America- R. Randolph Neeley
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, AL 36101-0197
by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 13th day of July, 2006.

_____
Bishop William D. Paul, Pro'se
Petitioner
102 Meadow wood Ct
Wetumpka, AL 36093
(334) 514-4383

4



# Summons

In the matter of WILLIAM D. PAUL SSN: 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; DONNA M. PAUL SSN: 420-88-____
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number): N/A
Periods: 2001, 2002, 2003, 2004 and 2005

## The Commissioner of Internal Revenue

**To:** Rheumatology Specialist of Central Alabama   EIN: 38-3659982
**At:** 500 Arba Street, Montgomery, Alabama

You are hereby summoned and required to appear before S/A Larry J. Ellis an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____   Special Agent
Signature of IRS officer serving the summons   Title

Business address and telephone number of IRS officer before whom you are to appear:
1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

**Place and time for appearance at** 1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the 13 day of August 2006 at 10 o'clock a m.
Issued under authority of the Internal Revenue Code this 13 day of July, 2006.

_____   Special Agent
Signature of issuing officer   Title

N/A
Signature of approving officer (if applicable)   Title

Part A - to be given to person summoned



# Summons

In the matter of  WILLIAM D. PAUL  SSN: 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;  DONNA M. PAUL  SSN: 420-88-████
Internal Revenue Service (Division):  Criminal Investigation
Industry/Area (name or number):  N/A
Periods: 2001, 2002, 2003, 2004 and 2005

## The Commissioner of Internal Revenue

**To:** Pro Associates Inc.  EIN: 16-1648091
**At:** 500 Arba Street, Montgomery, Alabama

You are hereby summoned and required to appear before  S/A Larry J. Ellis
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____        Special Agent
Signature of IRS officer serving the summons        Title

Business address and telephone number of IRS officer before whom you are to appear:

1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

**Place and time for appearance at** 1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the  23  day of  August  2006  at  10  o'clock  a  m.
Issued under authority of the Internal Revenue Code this  13  day of  July , 2006.

_____        Special Agent
Signature of issuing officer        Title

                                        N/A
Signature of approving officer (if applicable)        Title

Part A - to be given to person summoned



# Summons

In the matter of WILLIAM D. PAUL  SSN: 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; DONNA M. PAUL  SSN: 420-88-▓▓▓▓
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number): N/A
Periods: 2001, 2002, 2003, 2004 and 2005

## The Commissioner of Internal Revenue

To: MacNeice Economic Development  EIN: 63-1280566
At: 500 Arba Street, Montgomery, Alabama

You are hereby summoned and required to appear before S/A Larry J. Ellis an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____        Special Agent
Signature of IRS officer serving the summons        Title

Business address and telephone number of IRS officer before whom you are to appear:
1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

Place and time for appearance at 1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the 13 day of August 2006 at 10 o'clock a m.
Issued under authority of the Internal Revenue Code this 13 day of July, 2006.

_____        Special Agent
Signature of issuing officer        Title

                                       N/A
_____        
Signature of approving officer (if applicable)        Title

Part A - to be given to person summoned



# Summons

In the matter of WILLIAM D. PAUL  SSN: 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;  DONNA M. PAUL  SSN: 420-88-____
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number): N/A
Periods: 2001, 2002, 2003, 2004 and 2005

## The Commissioner of Internal Revenue

To: PDI Faith Based Initiative Veterans Repair, Inc.  EIN: 30-0159759

At: 500 Arba Street, Montgomery, Alabama

You are hereby summoned and required to appear before S/A Larry J. Ellis an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____           _____
Signature of IRS officer serving the summons        Title: Special Agent

Business address and telephone number of IRS officer before whom you are to appear:

1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

Place and time for appearance at 1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the __7th__ day of __August__ 2006 at __10__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __13__ day of __July__, 2006.

_____           Special Agent
Signature of issuing officer                Title

_____           N/A
Signature of approving officer (if applicable)   Title

Part A - to be given to person summoned



# Summons

In the matter of WILLIAM D. PAUL  SSN: 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;  DONNA M. PAUL  SSN: 420-88-████
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number): N/A
Periods: 2001, 2002, 2003, 2004 and 2005

## The Commissioner of Internal Revenue

**To:** PDI Ministries

**At:** 500 Arba Street, Montgomery, Alabama

You are hereby summoned and required to appear before S/A Larry J. Ellis an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____  Special Agent
Signature of IRS officer serving the summons    Title

**Business address and telephone number of IRS officer before whom you are to appear:**

1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

**Place and time for appearance at** 1285 Carmichael Way, Montgomery, AL 36106  (334) 290-4025

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the _23_ day of _August_ 2006 at _10_ o'clock _a_ m.
                                        (year)
Issued under authority of the Internal Revenue Code this _13_ day of _July_, 2006.
                                                                            (year)

_____
Signature of issuing officer

_____  Special Agent
Signature of approving officer (if applicable)   Title
                                                 N/A
                                                 Title

Part A - to be given to person summoned



# Summons

In the matter of WILLIAM D. PAUL  SSN: 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;  DONNA M. PAUL  SSN: 420-88-████
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number): N/A
Periods: 2001, 2002, 2003, 2004 and 2005

## The Commissioner of Internal Revenue

**To:** PDI Real Estate, Inc.  EIN: 63-1278631

**At:** 500 Arba Street, Montgomery, Alabama

You are hereby summoned and required to appear before S/A Larry J. Ellis an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

SEE ATTACHMENT.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____     _____
Signature of IRS officer serving the summons        Title (Special Agent)

**Business address and telephone number of IRS officer before whom you are to appear:**
1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

**Place and time for appearance at** 1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4025

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the 23 day of August 2006 at 10 o'clock a m.
Issued under authority of the Internal Revenue Code this 13 day of July, 2006.

_____
Signature of issuing officer

_____
Signature of approving officer (if applicable)

Special Agent
Title

N/A
Title

Part A - to be given to person summoned